SEHLBACH et al. v. UNITED STATES.

(Circuit Court, S. D. New York.   December 9, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—ALIZARINE BLUE.

Alizarine blue, of a new form, not known at the time of the passage of the act of 1890, was nevertheless dutiable as such, under paragraph 478, and not as a coal-tar color, under paragraph 18.

This was an appeal by Sehlbach & Co. from a decision of the board of general appraisers as to the classification for duty of certain imported merchandise.

Edward Hartley, for plaintiffs.
James T. Van Renselaer, Asst. U. S. Atty.

WHEELER, District Judge.   This is an alizarine blue. It was assessed as a coal-tar color, under paragraph 18 of the tariff act of 1890, against a protest that it should be assessed under paragraph 478, which provides specially for "alizarine blue." The proof shows that this particular form of alizarine blue was not known in commerce at the time of the passage of that tariff act, but it is of the same class of colors, although made in a different way. It well falls within the same description. Pickhardt v. Merritt, 132 U. S. 252, 10 Sup. Ct. 80. Decision reversed.